**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2049**

---

CHARLES W. ANDERSON,

                                        Plaintiff - Appellant,

        versus

DONALD D. EVANS; UNITED STATES PATENT &
TRADEMARK OFFICE,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-04-211-A)

---

Submitted:  December 3, 2004        Decided:  December 23, 2004

---

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles W. Anderson, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles W. Anderson appeals district court orders granting the Appellees' motion to dismiss the constitutional claims and the retaliation claim and the motion for summary judgment with respect to Anderson's Title VII and ADEA claims and denying his motion for reconsideration under Rule 59(e) of the Federal Rules of Civil Procedure. We have reviewed the record and the district court's findings and affirm for the reasons stated by the district court. See Anderson v. Evans, No. CA-04-211-A (E.D. Va. filed June 18, 2004 & entered June 22, 2004 & June 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED